IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SADIE M. ROBINSON, | * |
| Plaintiff, | * |
| vs. | * |
| | * CIVIL ACTION NO. 20-00424-B |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED**.

**DONE** this **29th** day of **March, 2022.**

                                            /s/ SONJA F. BIVINS
                                  **UNITED STATES MAGISTRATE JUDGE**